# UNITED STATES DISTRICT COURT

SOUTHERN _____  
District of _____ **ILLINOIS**

DANIEL E. OWENS and BARBARA S. OWENS,
individually and on behalf of all others
similarly situated,

V.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3:09-cv-00479-WDS-DGW

APPLE, INC.

TO: (Name and address of Defendant)

Apple, Inc.
c/o CT Corporation System (Registered Agent)
818 West Seventh Street
Los Angeles, CA 90017

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael S. Kruse
Onder, Shelton, O'Leary & Peterson
110 E. Lockwood, Suite 200
St. Louis, MO 63119

an answer to the complaint which is served on you with this summons, within ____20____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

**JUSTINE FLANAGAN**

_acting_ CLERK

(By) DEPUTY CLERK

DATE June 30, 2009