## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DANIEL E. OWENS, individually and on behalf of all others similarly situated, et al.,** | ) ) ) |
| **Plaintiffs,** | ) ) |
| v. | )     **CAUSE NO. 09-479-WDS** ) |
| **APPLE, INC.,** | ) ) |
| **Defendant.** | ) |

## O R D E R

**STIEHL, District Judge:**

The undersigned judge **RECUSES** himself in the above matter, and **TRANSFERS** this case to the Clerk of the Court for reassignment.

**IT IS SO ORDERED.**

**DATED: June 30, 2009.**

                      **s/ WILLIAM D. STIEHL**
                         **DISTRICT JUDGE**

Case reassigned to United States District Judge Michael J. Reagan. All future pleadings shall bear Cause No. 09-479-MJR.