**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION**

DANIEL E. OWENS, et al.,

    Plaintiffs,

v.

APPLE, INC.

    Defendant.

Cause No.: 3:09-cv-479

## PROOF OF SERVICE

COMES NOW Plaintiffs, by and through their undersigned counsel, and file the attached Affidavit of Service upon Defendant Apple, Inc., with such service having occurred on July 6, 2009.

    Respectfully submitted,

    ONDER, SHELTON, O'LEARY & PETERSON, LLC

By: /s/ Michael S. Kruse
    James G. Onder
    Michael S. Kruse
    110 E. Lockwood, 2nd Floor
    St. Louis, MO 63119
    314/963-9000 telephone
    314/963-1700 facsimile
    onder@onderlaw.com
    kruse@onderlaw.com
    *Attorneys for Plaintiffs*