IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

# NOTICE OF STRIKING
## IN ELECTRONICALLY FILED DOCUMENTS

DATE: July 13, 2009                               CASE NAME: Owens et al v. Apple, Inc.

CASE NO. : 09-489-GPM

DOCUMENT NO.: 5                                   DOCUMENT TITLE: Return of Service Executed


One of the following errors/deficiencies has been identified in the document listed above:

☒ Incorrect document type selected (PDF and event do not match). You selected Return of Service Executed but should of selected **Summons Returned Executed**. By selecting Summons Returned Executed, it will calculate the answer due date.


## ACTION TAKEN BY CLERK'S OFFICE

☒ Docket entry "STRICKEN" as ordered by the Court


## ACTION REQUIRED BY FILER

☒ Document must be re-filed using Summons Returned Executed.


                JUSTINE FLANAGAN
                Acting Clerk of Court

                By:   *s/ Tammy McMannis*
                    Deputy Clerk

(03/09)