**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION**

| | |
|---|---|
| DANIEL E. OWENS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE, INC. <br><br> Defendant. | Cause No.: 3:09-cv-479 |

## PROOF OF SERVICE

COMES NOW Plaintiffs, by and through their undersigned counsel, and file the attached Affidavit of Service upon Defendant Apple, Inc., with such service having occurred on July 6, 2009.

    Respectfully submitted,

    ONDER, SHELTON, O'LEARY & PETERSON, LLC

By: /s/ Michael S. Kruse
James G. Onder
Michael S. Kruse
110 E. Lockwood, 2nd Floor
St. Louis, MO 63119
314/963-9000 telephone
314/963-1700 facsimile
onder@onderlaw.com
kruse@onderlaw.com
*Attorneys for Plaintiffs*