**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| DANIEL E. OWENS, et al., | ) |
| Plaintiffs, | ) ) ) |
| vs. | )  CASE NO. 3:09-cv-00479-MJR-DGW |
| APPLE, INC., | ) ) ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

Kathy A. Wisniewski hereby enters her appearance as counsel for Defendant Apple, Inc.

July 14, 2009

Respectfully submitted,

**THOMPSON COBURN LLP**

/s/ Kathy A. Wisniewski
Kathy A. Wisniewski
kwisniewski@thompsoncoburn.com
One US Bank Plaza
St. Louis, MO 63101
(314) 552-6000
(314) 552-7000 (facsimile)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 14th day of July, 2009, the foregoing Entry of Appearance was filed electronically with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Kathy A. Wisniewski