## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
## EAST ST. LOUIS DIVISION

| | |
|---|---|
| DANIEL E. OWENS and BARBARA S. OWENS, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | Case No: 3:09-cv-00479-WDS-DGW |
| v. | |
| APPLE, INC. | |
| Defendant. | |

### ENTRY OF APPEARANCE

Mark R. Niemeyer hereby enters his appearance as counsel for Plaintiffs Daniel E. Owens and Barbara S. Owens.

        Respectfully submitted,

        **ONDER, SHELTON, O'LEARY & PETERSON, LLC**

By:   /s/ Mark R. Niemeyer
       James G. Onder
       Mark R. Niemeyer
       Michael S. Kruse
       110 East Lockwood
       St. Louis, MO 63119
       314-963-9000 telephone
       314-963-1700 facsimile
       onder@onderlaw.com
       kruse@onderlaw.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was served via the CM/ECF system on this 15th day of July, 2009, to the following:

Kathy A. Wisniewski
John W. Rogers
Thompson Coburn LLP
One US Bank Plaza
St. Louis, MO 63101
kwisniewski@thompsoncoburn.com
jrogers@thompsoncoburn.com

/s/ Mark R. Niemeyer_____