IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**NOTICE OF ERRORS AND/OR DEFICIENCIES
IN ELECTRONICALLY FILED DOCUMENTS**

| DATE: July 15, 2009 | CASE NAME: Owens et al v. Apple, Inc. |
|---|---|
| CASE NO. : 09-479-MJR | |
| DOCUMENT NO.: 10 | DOCUMENT TITLE: Response in Opposition to Motion |

One of the following errors/deficiencies has been identified in the document listed above:

☒    Proposed order should not be electronically filed with the entry but should be e-mailed to the Judge's Chambers. Refer to section 2.0, pages 2.6 & 2.7 of the User's Manual (Submitting a Proposed Document).

**ACTION TAKEN BY CLERK'S OFFICE**

☒    Proposed order will be deleted from the entry by the Clerk's Office.

**ACTION REQUIRED BY FILER**

☒    Please submit the proposed order as instructed by the User's Manual.

                                        JUSTINE FLANAGAN
                                        Acting Clerk of Court

                                        By:    *s/ Tammy McMannis*
                                               Deputy Clerk

(03/09)