**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| DANIEL E. OWENS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CASE NO. 3:09-cv-00479-MJR-DGW |
| ) | |
| APPLE, INC., ) | |
| ) | |
| Defendant. ) | |

## ENTRY OF APPEARANCE

John W. Rogers hereby enters his appearance as counsel for Defendant Apple, Inc.

July 16, 2009                                    Respectfully submitted,

**THOMPSON COBURN LLP**

/s/ John W. Rogers
John W. Rogers
jrogers@thompsoncoburn.com
One US Bank Plaza
St. Louis, MO 63101
(314) 552-6257
(314) 552-7257 (facsimile)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 16th day of July, 2009, the foregoing Entry of Appearance was filed electronically with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ John W. Rogers