**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**
**EAST ST. LOUIS DIVISION**

DANIEL E. OWENS and
BARBARA S. OWENS, individually
and on behalf of all others similarly
situated,

       Plaintiffs,

v.

APPLE, INC.

       Defendant.

Case No:  3:09-cv-00479-WDS-DGW

## ENTRY OF APPEARANCE

James G. Onder hereby enters his appearance as counsel for Plaintiffs Daniel E. Owens

and Barbara S. Owens.

Respectfully submitted,

**ONDER, SHELTON, O'LEARY &**
**PETERSON, LLC**

By:   /s/ James G. Onder_____
      James G. Onder
      Mark R. Niemeyer
      Michael S. Kruse
      110 East Lockwood
      St. Louis, MO 63119
      314-963-9000 telephone
      314-963-1700 facsimile
      onder@onderlaw.com
      kruse@onderlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served via the CM/ECF system on this 22nd day of July, 2009, to the following:

Kathy A. Wisniewski
John W. Rogers
Thompson Coburn LLP
One US Bank Plaza
St. Louis, MO 63101
kwisniewski@thompsoncoburn.com
jrogers@thompsoncoburn.com


/s/ James G. Onder_____