**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| DANIEL E. OWENS, BARBARA S. OWENS, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| APPLE, INC., | ) ) |
| Defendant. | ) |

CASE NO. 3:09-cv-00479-MJR-DGW

## **CORPORATE DISCLOSURE STATEMENT OF APPLE INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Apple Inc. files the following Corporate Disclosure Statement:

Apple Inc. has no parent corporation. No publicly held corporation holds more than 10% of Apple Inc.'s outstanding common stock.

Respectfully submitted,

**THOMPSON COBURN LLP**

/s/ John W. Rogers
Kathy A. Wisniewski – Lead Counsel
kwisniewski@thompsoncoburn.com
John W. Rogers
jrogers@thompsoncoburn.com
One US Bank Plaza
St. Louis, MO 63101
(314) 552-6000
(314) 552-7000 (facsimile)

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on this 2nd day of October, 2009, the Corporate Disclosure Statement of Apple Inc. was filed electronically with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

               /s/ John W. Rogers