# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DANIEL E. OWENS, et al., | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) CASE NO. 3:09-cv-00479-MJR-DGW |
| APPLE, INC., | ) ) ) |
| Defendant. | ) |

## DEFENDANT APPLE INC.'S UNOPPOSED MOTION
## FOR EXTENSION OF TIME TO ANSWER

Defendant Apple Inc. ("Apple") moves this Court to enter an Order granting it up to and including January 14, 2010, to answer Plaintiffs' First Amended Class Action Complaint. In support of its Motion, Apple states as follows:

1. On December 18, 2009, Plaintiffs filed a First Amended Class Action Complaint (Doc. #26). Apple's answer to the amended complaint is currently due on January 7, 2010.

2. Apple shuts down over the holidays and will not re-open until the week of January 4, 2010.

3. Apple seeks an extension of time up to, and including, January 14, 2010, to file its answer to Plaintiffs' First Amended Class Action Complaint.

4. On December 22, 2009, the undersigned counsel contacted counsel for Plaintiffs to seek consent to the requested extension of time. Counsel for Plaintiffs stated that Plaintiffs had no opposition to the requested extension of time.

FOR RELIEF, Defendant Apple Inc. respectfully requests that this Court enter an Order granting it up to and including January 14, 2010, to answer Plaintiffs' First Amended Class Action Complaint.

Respectfully submitted,

**THOMPSON COBURN LLP**

/s/ John W. Rogers
Kathy A. Wisniewski – Lead Counsel
kwisniewski@thompsoncoburn.com
John W. Rogers
jrogers@thompsoncoburn.com
One US Bank Plaza
St. Louis, MO 63101
(314) 552-6000
(314) 552-7000 (facsimile)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 23rd day of December, 2009, Defendant Apple Inc.'s Unopposed Motion for Extension of Time to Answer was filed electronically with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ John W. Rogers