# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| Office of the State Guardian, Helen Godlewski, Director, as Plenary Guardian of the Estate and Person of Torrie D. Daniels,<br>                  Plaintiff,<br><br>vs.<br><br>Kenneth R. Ramsay, individually and in his official capacity as Sheriff of Kane County, Illinois, et al.,<br>                  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | No.: 06 CV 2554<br>Judge Pallmeyer<br>Mag. Levin |

## PROOF OF SERVICE

To:    All Attorneys of Record (See Attached Service List)


I, Stephen R. Miller, under penalties as provided by law pursuant to 735 ILCS 5/1-109 certify that a copy of this *Proof of Service* and *Jefferson County Defendants' Emergency Motion to Correct the Record and Notice of Emergency Motion*, were served upon the attorneys of record by e-mail to: *See Attached Service List,* and by regular mail by depositing same in the U.S. Mail located at 30 North LaSalle Street, Chicago, Illinois, and directing same to All Counsel of Record, at the address shown above on or before 5:00 p.m. on May 29, 2007.

[X] Under penalties as provided by law pursuant
to ILL. REV. STAT. Chap. 110-SEC. 1-109
the undersigned certifies that the statements
set forth herein are true and correct.

                                                                                   S/Stephen R. Miller

Stephen R. Miller (6182908)
Mary Spring Luce
MYERS MILLER & KRAUSKOPF, LLC
Thirty North LaSalle Street, Suite 2200
Chicago, IL 60602
Ph:    312-345-7250
Fax:   312-345-7251

# SERVICE LIST

Francis D. Petro
F. Daniel Petro
**PETRO & PETRO, P.C.**
100 North LaSalle Street
Suite 1605
Chicago, IL 60602
Ph: 312-332-9596
Fax: 312-332-9595
E-Mail: dpetro3259@aol.com
*Attorney for Plaintiff*


Elizabeth Flood
Joseph F. Lulves
**KANE COUNTY STATES' ATTORNEY'S OFFICE**
100 South Third Street
4th Floor
Geneva, IL 60134
Ph: 630-208-5320
Fax: 630-208-5168
E-Mail: floodbetsy@co.kane.il.us
E-Mail: lulvesjoseph@co.kane.il.us
*Attorneys for Kenneth R. Ramsey, Sheriff of Kane County*

Mr. Daniel F. Konicek
Konicek & Dillon, P.C.
21 W. State Street
Geneva, IL 60134
Phone: 630-262-9655
Fax: 630-262-9659
E-Mail: dan@konicekdillonlaw.com
*Attorneys for Kenneth R. Ramsey, Sheriff of Kane County*

G:\CASES\11773.Daniels\11773.Motions\11773.ps01.wpd