IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DANIEL E. OWENS and<br>BARBARA S. OWENS, individually and<br>on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>APPLE, INC.<br><br>    Defendant | )<br>)<br>)<br>)<br>)<br>) Case No: 3:09-cv-00479-MJR-DGW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

MOTION TO APPEAR PRO HAC VICE
(For This Case Only)

Comes now Christopher Hood, pursuant to Local Rule 83.1(b) of the United States District Court for the Southern District of Illinois, and moves this Court to allow said movant to appear of record in the above-entitled cause and participate pro hac vice (for this case only) on behalf of Daniel E. Owens and Barbara Owens, and in support thereof states and certifies to the Court:

1.     That movant is an attorney licensed to practice law in the State of Alabama; AL State Bar No.: ASB-2280-S35H.

2. That movant is a member in good standing in the Bar(s) as set forth above.

3. That movant does not wish to be admitted generally, but for the purpose of this case only.

4. That movant is familiar with the law, facts and procedures relating to the subject matter of this litigation.

**THEREFORE**, movant respectfully requests permission to appear of record and participate pro hac vice before the United States District Court for the Southern District of Illinois.

_____
Signature of Movant

Of Counsel:
W. Lewis Garrison, Jr.
wlgarrison@hgdlawfirm.com
Gayle L. Douglas
gdouglas@hgdlawfirm.com
Christopher B. Hood
chood@hgdlawfirm.com
HENINGER GARRISON DAVIS, LLC
2224 – 1st Avenue North
Birmingham, AL  35203
Tel:    (205) 326-3336

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was sent on February 9, 2010 via the Court's CM/ECF filing system to the following:

Kathy A. Wisniewski
John W. Rogers
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, MO 63101
*Attorneys for Defendant Apple, Inc.*

_____
OF COUNSEL