UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| DANIEL E. OWENS, et al., | |
| Plaintiffs, | |
| v. | Case No.: 3:09-cv-00479-WDS-DGW |
| APPLE, INC., | |
| Defendant. | |

## STATUS REPORT

COME NOW the parties and advise the Court that they have completed the Settlement Agreement and are in the process of finalizing the attached exhibits, including full notice, summary notice, claim form, a conditional approval order, and a final approval order.

The parties anticipate having preliminary approval in California in mid-April, that notice might be sent to the class and final approval obtained.

Respectfully submitted,

**ONDER, SHELTON, O'LEARY & PETERSON, LLC**

By: /s/ Mark R. Niemeyer_____
James G. Onder
Michael S. Kruse
Mark R. Niemeyer
110 East Lockwood
St. Louis, MO 63119
314-963-9000 telephone
314-963-1700 facsimile
onder@onderlaw.com
kruse@onderlaw.com

1

2

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on this 9th day of March, 2011, the Status Report was filed electronically with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                /s/ Mark R. Niemeyer_____