# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS
# EAST ST. LOUIS DIVISION

DANIEL E. OWENS, et al.

       Plaintiffs,

v.

APPLE, INC.

       Defendant.

Case No.: 3:09-cv-00479-WDS-DGW

## STATUS REPORT

COME NOW Plaintiffs, on behalf of all parties, and offer a status update to the Court regarding this action. Parties appeared in the Superior Court of California in and for the County of Santa Clara on February 10, 2012 for a Final Approval Hearing regarding the resolution of this matter. The Superior Court of California in and for the County of Santa Clara has taken the matter under advisement, and the parties are currently awaiting a ruling.

Respectfully submitted,

**ONDER, SHELTON, O'LEARY & PETERSON, LLC**

By: /s/ Mark R. Niemeyer_____
James G. Onder
Michael S. Kruse
Mark R. Niemeyer
110 East Lockwood
St. Louis, MO 63119
314-963-9000 telephone
314-963-1700 facsimile
onder@onderlaw.com
kruse@onderlaw.com
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 1st day of March, 2012, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Mark R. Niemeyer_____